

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00132-CV

| | | |
|---|---|---|
| In re Carla Lorene Cox | § | Original Proceeding |
| | § | From the 235th District Court |
| | § | of Cooke County (14-00439) |
| | § | July 23, 2015 |
| | § | Opinion by Justice Sudderth |
| | § | Concurrence and Dissent by Justice Walker |

## JUDGMENT

This court has considered the petition for writ of mandamus in this case and holds that there was no error in the trial court's judgment. It is ordered that the petition for writ of mandamus is denied.

It is further ordered that relator Carla Lorene Cox shall pay all costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Bonnie Sudderth
    Justice Bonnie Sudderth